
Clayman &
Rosenberg LLP

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Wayne E. Gosnell, Jr.
Partner
gosnell@clayro.com

January 30, 2020

VIA ECF

Honorable P. Kevin Castel
United States District Court
500 Pearl Street
New York, New York 10007

     Re: <u>United States v. Nadem J. Sayegh, 18-CR-714 (PKC)</u>

Dear Judge Castel:

  We write to request the release of Nadem Sayegh's passport to his wife, Diana Sayegh. Dr. Sayegh's passport is currently in the possession of Pre-Trial Services. Pursuant to this Court's order, Dr. Sayegh surrendered to FCI Allenwood Low on January 28, 2020.

  We have spoken with Dr. Sayegh's Pre-Trial Services Officer, Winter Pascual, who has no objection to this request. We have also spoken with AUSA Nicolas Roos who has no objection to this request.

           Respectfully submitted,
           /s/
           Wayne E. Gosnell, Jr.
           Isabelle Kirshner

cc: AUSA Nicolas Roos (via ECF)

Application Granted.

So Ordered: _____
      Hon. P. Kevin Castel, U.S.D.J.

1-30-20