UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                  18-cr-714 (PKC)

-against-

                                                  <u>ORDER</u>

NADEM J. SAYEGH,

                 Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.:

        A teleconference in this matter will be held on Wednesday, May 6, 2020 at 11:00am. The call-in information for this teleconference is:

        <u>Dial-in:</u>     (888) 363-4749

        <u>Access Code:</u>  3667981

SO ORDERED.

                                                    P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
         April 8, 2020