Application Granted.

**Clayman & Rosenberg** LLP

SO ORDERED.
8/20/2021

_(signature)_
_____
P. Kevin Castel
United States District Judge

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Wayne E. Gosnell, Jr.
Partner
gosnell@clayro.com

August 19, 2021

VIA ECF

Honorable P. Kevin Castel
United States District Court
500 Pearl Street
New York, New York 10007

Re:     United States v. Nadem J. Sayegh, 18-CR-714 (PKC)

Dear Judge Castel:

We write to request a permission for Nadem Sayegh to travel from November 13 through 21, 2021.  Mr. Sayegh plans to travel to Miami, Florida and thereafter to take a cruise on Norwegian Cruiselines to various locations in the Bahamas.  A complete itinerary of his intended trip has been provided to Mr. Sayegh's probation officer.

We have spoken with Mr. Sayegh's Probation Officer, Christina Alexander-Nesbeth, who has no objection to this request.  I have also spoken with AUSA Nicolas Roos who defers to probation regarding this request.

Respectfully submitted,
_____/s/_____
Wayne E. Gosnell, Jr.
Isabelle Kirshner

cc:     AUSA Nicolas Roos (via ECF)